UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Criminal Number 12-414 (SRC) |
| YOUNG M. PARK | : | O R D E R |

This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Anthony Moscato, Assistant U.S. Attorney, appearing), and defendant Young M. Park (Lorraine-Gali-Rufo, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant having consented to this first continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1.  Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which plea would render trial of this matter unnecessary;

2.  The defendant has consented to the aforementioned continuance;

3.  The failure to grant such a continuance in the proceedings would be likely to result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i); and

4.  Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 10 day of July, 2012,

IT IS ORDERED that the period from the date of this order through and including September 2, 2012, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

ORDERED that:

1.  The defendants will file pretrial motions on or before August 15, 2012;

2.  The United States will respond to such motions on or before August 29, 2012;

3.  The defendants will file any reply papers, if any, on or before September 5, 2012;

4.  The return date for pretrial motions will commence at a date and time to be scheduled by the Court.

5. Trial will commence at a date and time to be scheduled by the Court

HON. STANLEY R. CHESLER
United States District Judge

Consented to:

Anthony Moscato
Assistant U.S. Attorney

Lorraine Gali-Rufo
Attorney for Defendant Park